# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 302 WAL 2021

       Respondent      :

                                     :    Petition for Allowance of Appeal

             v.                    :    from the Order of the Superior Court

SHAWN SHYHIME JEFFERSON,     :

       Petitioner       :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 303 WAL 2021

       Respondent      :

                                     :    Petition for Allowance of Appeal

             v.                    :    from the Order of the Superior Court

SHAWN SHYHIME JEFFERSON,     :

       Petitioner       :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 304 WAL 2021

       Respondent      :

                                     :    Petition for Allowance of Appeal

             v.                    :    from the Order of the Superior Court

SHAWN SHYHIME JEFFERSON,     :

       Petitioner       :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 305 WAL 2021

       Respondent      :

                                     :    Petition for Allowance of Appeal

             v.                    :    from the Order of the Superior Court

SHAWN SHYHIME JEFFERSON,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,          :  No. 306 WAL 2021

Respondent

                                        :  Petition for Allowance of Appeal
                                        :  from the Order of the Superior Court
v.

SHAWN SHYHIME JEFFERSON,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,          :  No. 307 WAL 2021

Respondent

                                        :  Petition for Allowance of Appeal
                                        :  from the Order of the Superior Court
v.

SHAWN SHYHIME JEFFERSON,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,          :  No. 308 WAL 2021

Respondent

                                        :  Petition for Allowance of Appeal
                                        :  from the Order of the Superior Court
v.

SHAWN SHYHIME JEFFERSON,

Petitioner

# **ORDER**

**PER CURIAM**

      **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.